# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0403
LT Case No. 2013-CF-060793-A

_____

ANDREW J. SAMAJ, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Bryan D. Savy, of Bross & Savy, LLC, West Melbourne,
for Appellant.

No Appearance for Appellee.

April 23, 2024

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____